**STATE of Missouri, Respondent,**

v.

**Leonardo B. MARTINEZ, Appellant.**

**No. WD 38853.**

Missouri Court of Appeals,
Western District.

June 16, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GIATAN, P.J., and SHANGLER, and MANFORD, JJ.

ant, and person who has been released from liability under Section 6. For this purpose

**ORDER**

PER CURIAM:

Direct appeal from a jury conviction for murder, second degree, in violation of § 565.021.1(1), RSMo Supp.1984, and armed criminal action, in violation of § 571.015.1, RSMo 1978.

Judgment affirmed. Rule 30.25(b).